**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>**VICTOR URENA-ALMANZAR** | **Docket No. 26-mj-01259-DLC** |

**Assented to Motion to Modify Conditions**

Counsel for the defendant, Victor Urena-Almanzar files this motion to modify the conditions of supervision to allow travel with probation's approval to New Hampshire, for work and daily life necessities. As grounds, Mr. Urena-Almanzar's residence is close to the New Hampshire border and he frequently travels to southern New Hampshire for employment, and daily necessities, including groceries, gym, and shopping. This request has been discussed with U.S. Probation and they are in support of the request to modify. Counsel discussed the request to modify with the AUSA assigned to this case, and the government assents to the relief sought.

Respectfully Submitted,

VICTOR URENA-ALMANZAR
By his attorney,

*/s/ Cara McNamara*
Cara McNamara
BBO # 71209
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
cara_mcnamara@fd.org

Date: May 15, 2026.

**CERTIFICATE OF SERVICE**

I, Cara McNamara, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2026.

*/s/ Cara McNamara*
Cara McNamara