**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>**VICTOR URENA-ALMANZAR** | **Docket No.** 1:26-mj-01259-DLC |

**Assented-to Motion to Modify Conditions of Release**

Counsel for the defendant, Victor Urena-Almanzar files this Motion to Modify his conditions of release to allow his travel outside of the state of Massachusetts for the purposes of employment, during a set period of time outlined below. See Dkt. 12 at 14-15 (Order Setting Conditions of Release). Specifically, counsel requests that the Court allow a modification to allow travel from Massachusetts to Sanford, Maine and the surrounding area, with his contracting team, from Monday through Friday during the dates of October 28, 2026 until January 1, 2027. Counsel requests that the Court allow Probation the discretion to monitor Mr. Urena-Almanzar's schedule during this time period, including a requirement that he bring his Location Monitoring equipment with him, plug in at the hotel, and check in with Probation via text message and/or share his location to ensure that he is still curfew compliant during these periods of out of state employment. Counsel has provided the address of the work site as well as the hotel address to United States Probation. The curfew of 10:00 p.m. until 5:00 a.m. will remain in effect, at the address provided to Probation.

As background, this Court set release conditions on May 11, 2026 requiring Mr. Urena-Almanzar to maintain employment; travel restrictions of Massachusetts only; and location monitoring as directed by pretrial services, with a curfew of 10:00 p.m. until 5:00 a.m. On May 15, 2026, this Court approved a modification to allow travel to New Hampshire on an ongoing

basis. Dkt. 16. On August 17, 2026, this Court approved an assented-to modification for travel to Brunswick, Maine for the weeks of August 18, 2026 until August 21, 2026 and again on August 24, 2026 until August 28, 2026. Dkt. 21. This Court again approved an assented-to modification for travel to Westerly, Rhode Island during the dates of September 8, 2026 until September 11, 2026, also for work. Dkt. 23. Finally, this Court again approved an assented-to motion for travel to Brunswick, Maine during the dates of September 28, 2026 until October 2, 2026, and October 5, 2026 until October 9, 2026. Dkt. 26. The instant request will allow Mr. Urena-Almanzar to travel with his contracting team to complete work in Sanford. Mr. Urena-Almanzar has been compliant with his release conditions and no violations have been noted. Counsel represents that he has discussed this proposed modification with Probation and the government and the parties assent to the request as stated.

If granted, Mr. Urena-Almanzar will travel with his crew on October 28, 2026 to the job site, work with his crew, and then travel to the hotel for the evening, in line with the curfew already set. He will plug the monitor in at the hotel, check in with Probation, and continue to adhere to the curfew already ordered in this case. At the conclusion of the work (outlined above) he will return to his home address.

Respectfully Submitted,

VICTOR URENA-ALMANZAR
By his attorney,

*/s/ Stephen J. Piotrkowski*______

Stephen J. Piotrkowski
CA Bar # 339685
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
stephen_piotrkowski@fd.org

**CERTIFICATE OF SERVICE**

I, Stephen J. Piotrkowski, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 27, 2026.

*/s/ Stephen J. Piotrkowski*_____
Stephen J. Piotrkowski